# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHMOND BOYD AND KAINA BOYD

VERSUS

KENNETH JOHNSON

NO.  2024 CW 0858

**NOVEMBER 4, 2024**

---

In Re:    Kenneth Johnson, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 134656.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's April 30, 2024 order denying the motion for appeal filed by defendant, Kenneth Johnson, is vacated. This matter is remanded to the district court with instructions to conduct an evidentiary hearing to address compliance with La. R.S. 13:850 in order to determine whether or not the pleadings sought to be filed by facsimile on January 3, 2024 were timely filed.

**PMc
JEW
WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT